## Kent's Estate.

The facts appear from the adjudication of

*William F. Brennan*, for exceptants; *Peck, White & Forster*, contra.

PER CURIAM, Jan. 27, 1930.—The Auditing Judge has given the matter of the proper interpretation of the will thorough consideration, and as, in our judgment, his conclusions are correct and his citations of authority apt, we dismiss the exceptions and confirm the adjudication absolutely.

Judge VAN DUSEN did not sit.